

December 1, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
*[signature]*
**VERNON S. BRODERICK
U.S.D.J.**   12/04/2023

Re:     *United States v. Zukeila Plaza*, 1:22-cr-00142-VSB

Dear Judge Broderick:

      We write pursuant to Rule 21 of the Court's Electronic Case Filing Rules and Instructions ("ECF Rules") and Rule 10(E) of Your Honor's Individual Rules & Practices in Criminal Cases to respectfully request that the Court redact information beyond the eleven categories of information identified in the ECF Rules.  The requested redactions and explanations are provided in the table below.  Thank you for your consideration.

| Requested Redaction | Explanation |
| --- | --- |
| Sentencing Memorandum, bottom of page 3 and middle of page 6 | Confidential information produced in discovery |
| Sentencing Memorandum, bottom of pages 4 and 6 | Sensitive information about childhood trauma |
| Sentencing Memorandum, page 7 | References to the PSR, which is not available to the public |
| Sentencing Memorandum, middle of page 5, bottom of page 6, bottom of page 8, top of page 9 | References to the Treatment Summary, which is not available to the public |



| Exhibit L | Sensitive photographs depicting injuries |
|---|---|

        Respectfully submitted,

        */s/ John T. Zach*
        John T. Zach
        Waleska Suero Garcia

        *Attorneys for Zukeila Plaza*